IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX LEVY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-23 |
| UNITED PARCEL SERVICE, | : | |
| Defendant. | : | |

# **ORDER**

AND NOW, this 18th day of February, 2020, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 30) and Plaintiff's response thereto (Doc. No. 33), it is HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE